UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LISA MELTON,                                              Docket No.:

                                Plaintiff(s),
                                                          <u>NOTICE OF REMOVAL</u>
     -against-

ALFONSO SOLLAMI,

                                Defendants(s).
------------------------------------------------------------------------X

S I R S:

       Defendant, ALFONSO SOLLAMI, in the above-captioned action, which was commenced in the Supreme Court of the State of New York, County of Bronx, gives notice that he is removing this action from the Supreme Court, Bronx County, to this Honorable Court pursuant to 28 U.S.C. § 1441. The grounds for removal are as follows:

1. A civil action has been commenced and is now pending against the defendant, ALFONSO SOLLAMI, in the Supreme Court of the State of New York, Bronx County. This action is entitled "LISA MELTON v. ALFONSO SOLLAMI" and bears the Index Number 22561/2019E.

2. On March 26, 2019, defendant, ALFONSO SOLLAMI, received a Summons and Complaint, a copy of which is annexed hereto as Exhibit "A". This document constitutes copies of all initial process, pleadings and other papers served upon the defendant in this action.

3. The aforementioned action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and therefore, this action may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441(b) in that:

    a. The plaintiff, LISA MELTON, is a citizen of the State of Connecticut.

    b. The defendant, ALFONSO SOLLAMI, is a citizen of the State of Alabama.

    c. The accident which gave rise to the matter at hand occurred in the State of New York, Town of Bedford, County of Westchester.

    d. Upon information and belief, the amount in controversy herein exceeds $75,000, exclusive of interests and costs.

4. Accordingly, the parties are diverse of citizenship, the amount in controversy exceeds $75,000, exclusive of interest and costs, and Federal jurisdiction is appropriate pursuant to U.S.C. § 1332.

WHEREFORE, the defendant, ALFONSO SOLLAMI, prays that the above-entitled action now pending against him in the Supreme Court of the State of New York, County of Bronx, be removed to this Honorable Court.

Dated: Garden City, New York
       April 11, 2019

          Yours, etc.,

          VIGORITO, BARKER, PATTERSON,
          NICHOLS & PORTER, LLP

          By: _____
               Gregg D. Weinstock
          *Attorneys for Defendant(s)*
          ALFONSO SOLLAMI
          300 Garden City Plaza, Suite 308
          Garden City, New York 11530
          (516) 282-3355
          VBPNP File No.: 70-071

TO:   LAW OFFICE OF MICHAEL H. JOSEPH, P.L.L.C.
       *Attorneys for Plaintiff(s)*
       203 East Post Road
       White Plains, New York 10601
       (914) 574-8330

## CERTIFICATION

      I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on April 11, 2019 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

TO:    LAW OFFICE OF MICHAEL H. JOSEPH, P.L.L.C.
*Attorneys for Plaintiff(s)*
203 East Post Road
White Plains, New York 10601
(914) 574-8330

By _____
        Gregg D. Weinstock, Esq.