UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LISA MELTON,                                               :
:
                     Plaintiff,        :
:      19-cv-3247 (VSB)
       -against-                          :
:      **ORDER**
ALFONSO SOLLAMI,                                           :
:
                   Defendant(s).    :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    IT IS HEREBY ORDERED that the post-discovery conference currently scheduled for January 10, 2020, is adjourned to February 13, 2020, at 12:30 p.m.

SO ORDERED.

Dated:  December 11, 2019
          New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge