UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   Docket No.: 19-CV-3247

LISA MELTON,

                             Plaintiff,

-against-

ALFONSO SOLLAMI

                            Defendants.
------------------------------------------------------------------------X

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant ALFONSO SOLLAMI, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
         March 20, 2020

_[signature]_

By: Karolina Wiaderna
VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP
Attorneys for Defendant(s)
Alfonso Sollami
300 Garden City Plaza, Suite 308
Garden City, New York 11530
(516) 282-3355
kwaiderna@vbpnplaw.com

_[signature]_

By: Michael H. Joseph, Esq.
LAW OFFICE OF MICHAEL H. JOSEPH, P.L.L.C.
*Attorneys for Plaintiff(s)*
203 East Post Road
White Plains, New York 10601
(914) 574-8330
michael@whiteplainslawyers.org

SO-ORDERED

_____

Honorable Judge Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, New York 10007